IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNNY HENNINGTON and
VIKKI M. HENNINGTON                                                              PLAINTIFFS

v.                                      Case No. 1:18-cv-1009

FIRST NATIONAL BANK OF
CROSSETT and WELLS FARGO
BANK, N.A.                                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Motion for Summary Judgment filed by Separate Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). (ECF No. 16). Separate Defendant First National Bank of Crossett ("First National") has adopted and joined in the motion. (ECF No. 19). Plaintiffs Johnny Hennington and Vikki M. Hennington ("Mr. Hennington" and "Mrs. Hennington" or, collectively, "the Henningtons") have responded. (ECF No. 24). Wells Fargo has replied. (ECF No. 27).

For the reasons stated in the Court's memorandum opinion of even date, the Court finds that Wells Fargo's Motion for Summary Judgment (ECF No. 16) should be and hereby is **GRANTED** insofar as it requests dismissal of the Henningtons' TILA claim. The Henningtons' TILA claim is hereby **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the Henningtons' remaining state-law claim and, thus, the Clerk of Court is directed to immediately **REMAND** this case to the Circuit Court of Ashley County, Arkansas, for adjudication of the Henningtons' state-law claim.

**IT IS SO ORDERED**, this 18th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge